**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Ronald H. Wise, Sr.** _____  Case No.  **16-15155-amc**___
                                                                          Debtor(s)   Chapter   **13**_____

## NOTICE OF SUBSTITUTION OF COUNSEL

Kindly note that the debtor, Ronald H Wise, Sr., substitutes counsel of record in this bankruptcy case as follows:

1. Name and contact information of new attorney:

   Daniel E. Mueller, Esq.
   Harborstone Law Group
   40 W. Evergreen Ave., Ste 101
   Philadelphia, PA 19118
   215-248-0989
   dem@harborstonelaw.com

2. Name of substituted counsel:

   John L McClain, Esq.
   John L McClain & Associates, PC
   1851 County Route 27
   1851 CR 27
   12969
   Owls Head, NY 12969
   215-893-9357
   aaamcclain@aol.com

Dated: January 5, 2021

        I accept the above substitution.

        /s/Ronald H Wise, Sr.
        Ronald H Wise, Sr.
        Debtor

        /s/ Daniel E. Mueller
        Daniel E. Mueller, Esq.
        Harborstone Law
        40 W. Evergreen Ave., Ste 101
        Philadelphia, PA 19118
        215-248-0989
        Attorney for the Debtor