**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Ronald H. Wise, Sr.**  Case No.  **16-15155-amc**
Debtor(s)  Chapter  **13**

## NOTICE OF MOTION
## OF THE DEBTOR TO SELL REAL PROPERTY

The debtor, **Ronald H. Wise, Sr**, has filed a **MOTION OF THE DEBTOR TO SELL REAL PROPERTY LOCATED AT 930 EAST SEDGWICK STREET, PHILADELPHIA, PA 19150** in this bankruptcy case.

1. **Your rights may be affected. You should read these papers carefully and discuss them with your attorney if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

2. **If you do not want the court to grant the relief sought in the motion** or if you want the court to consider your views on the motion, then on or before **January 29, 2020**, **you or your attorney must file a response to the Motion.** (*See Instructions on next page.*)

3. A hearing on the motion is scheduled to be held before the Honorable Judge Ashely M. Chan on **February 3, 2021, at 11:00 AM** in Courtroom #4 of the United States Bankruptcy Court 900 Market Street, 2nd Floor Philadelphia, PA 19107. All motions will be heard telephonically unless authorized by the Court. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.

4. **If you do not file a response to the Motion**, the court may cancel the hearing and enter an order granting the relief requested in the Motion.

5. You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed a response.

6. If a copy of the motion is not enclosed, a copy of the Motion will be provided to you if you request a copy from the attorney whose name and address is listed on the next page of this Notice.

**Filing Instructions**

7. **If you are required to file documents electronically by Local Bankruptcy Rule 5005-1**, you must file your response electronically.

8. **If you are not required to file electronically**, you must file your response at Robert N.C. Nix, Sr. Federal Courthouse 900 Market St, Suite 400 Philadelphia, PA 19107

9. **If you mail your response** to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated in Paragraph 2 on the previous page of this Notice.

10. On the same day that you file or mail your Response to the Motion, you must mail or deliver a copy of the Response to the movant's attorney:

>Daniel E. Mueller, Esq.
>Harborstone Law
>40 W. Evergreen Ave., Suite 101
>Philadelphia, PA 19118
>215-248-0989 (Voice)
>877-857-5248 (Fax)
>dem@harborstonelaw.com

Dated: January 7, 2021

>Respectfully submitted,
>
>/s/ Daniel E. Mueller
>Daniel E. Mueller, Esq.
>Harborstone Law
>40 W. Evergreen Ave., Ste 101
>Philadelphia, PA 19118
>215-248-0989
>Attorney for the Debtor
>dem@harborstonelaw.com