**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re  **Ronald H. Wise, Sr.**                                              Case No.  **16-15155-amc**
                                    Debtor(s)                               Chapter    **13**

## CERTIFICATE OF SERVICE

January 8, 2020, I, Daniel E. Mueller, Attorney for the Debtor, did cause a true and correct copy of the **NOTICE OF MOTION OF THE DEBTOR TO SELL REAL PROPERTY LOCATED AT 930 EAST SEDGWICK STREET, PHILADELPHIA, PA 19150; MOTION OF THE DEBTOR TO SELL REAL PROPERTY LOCATED AT 930 EAST SEDGWICK STREET, PHILADELPHIA, PA 19150; AND PROPOSED ORDER** to be served via the court's ECF system or by first class postal mail, utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, with sufficient postage thereon to the parties listed on the service list attached to this certificate.

.

Dated: January 8, 2021

                                                Respectfully submitted,

                                               /s/ Daniel E. Mueller
                                               Daniel E. Mueller, Esq.
                                               Harborstone Law
                                               40 W. Evergreen Ave., Ste 101
                                               Philadelphia, PA 19118
                                               215-248-0989
                                               Attorney for the Debtor
                                               dem@harborstonelaw.com

```
PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF E-SERVICE" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

CASE INFO                                 CM/ECF E-SERVICE                          EXCLUDE
 LABEL MATRIX FOR LOCAL NOTICING          UNITED STATES TRUSTEE                     PHILADELPHIA
03132                                     OFFICE OF THE US TRUSTEE                  900 MARKET STREET
CASE 16-15155-AMC                         200 CHESTNUT STREET                       SUITE 400
EASTERN DISTRICT OF PENNSYLVANIA          SUITE 502                                 PHILADELPHIA PA 19107-4233
PHILADELPHIA                              PHILADELPHIA PA 19106-2908
FRI JAN 8 10-16-47 EST 2021


ACS INC                                   AFNI                                      BANK OF AMERICA NA
ATTN BANKRUPTCY                           ATTENTION BANKRUPTCY                      PENNYMAC LOAN SERVICING LLC
PO BOX 56317                              1310 MARTIN LUTHER KING DR                6101 CONDOR DRIVE SUITE 200
PHILADELPHIA PA 19130-6317                BLOOMINGTON IL 61701-1465                 MOORPARK CA 93021-2602



CM/ECF E-SERVICE
BANK OF AMERICA                           BANK OF AMERICA NA                        BARBARA A FEIN ESQUIRE
ATTN CORRESPONDENCE UNITCA69190241        CO POWERS KIRN  ASSOCS LLC                KRISTEN J DIPAOLO ESQUIRE
PO BOX 5170                               JILL MANUEL-COUGHLIN ESQ                  425 COMMERCE DRIVE STE 100
SIMI VALLEY CA 93062-5170                 8 NESHAMINY INTERPLEX STE 215             FORT WASHINGTON PA 19034-2717
                                          TREVOSE PA 19053-6980



CAPITAL 1 BANK                            ENTER MOVANT OF CLIENT                    GUARDIAN PROTECTION SERVICES
ATTN GENERAL CORRESPONDENCE               CO KML LAW GROUP                          174 THORN HILL ROAD
PO BOX 30285                              701 MARKET STREET SUITE 5000              WARREMDALE PA 15086-7528
SALT LAKE CITY UT 84130-0285              PHILADELPHIA PA 19106-1541



JOHN L MCCLAIN AND ASSOCIATES             PENNYMAC LOAN SRVS LLC                    PENNYMAC LOAN SRVS LLC
PO BOX 123                                CO JOSEPH A DESSOYE ESQ                   CO REBECCA SOLARZ
NARBERTH PA 19072-0123                    PHELAN HALLINAN DIAMOND  JONES LLP        KML LAW GROUP PC
                                          1617 JFK BLVD STE 1400                    701 MARKET STREET SUITE 5000
                                          ONE PENN CTR PLAZA                        PHILADELPHIA PA 19106-1541
                                          PHILA PA 19103


                                                                                    DEBTOR
POLICE AND FIRE FCU                       PORTFOLIO RECOVERY ASSOCIATES LLC         RONALD H WISE SR
901 ARCH STREET                           PO BOX 41067                              930 E SEDGWICK STREET
PHILADELPHIA PA 19107-2495                NORFOLK VA 23541-1067                     PHILADELPHIA PA 19150-3518



TOYOTA MOTOR CREDIT CORPORATION           TOYOTA MOTOR CREDIT CORPORATION           CITY OF PHILADELPHIA LAW DEPARTMENT
PO BOX 9013                               PO BOX 8026                               MUNICIPAL SERVICES BUILDING
ADDISON TEXAS 75001-9013                  CEDAR RAPIDS IA 52408-8026                1401 JOHN F KENNEDY BLVD 5TH FLOOR
                                                                                    PHILADELPHIA PA 19102-1617



ZUCKER GOLDBERG  ACKERMAN LLC             DANIEL E MUELLER                          SCOTT F WATERMAN CHAPTER 13
200 SHEFFIELD STREET STE 101              HARBORSTONE LAW GROUP                     CHAPTER 13 TRUSTEE
MOUNTAIN NJ 07092-2315                    40 W EVERGREEN AVE SUITE 101              2901 ST LAWRENCE AVE
                                          PHILADELPHIA PA 19118-3324                SUITE 100
                                                                                    READING PA 19606-2265
```

THE FOLLOWING ENTITIES WERE SERVED VIA CM/ECF ELECTRONIC SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

JOHN L. MCCLAIN
John L McClain & Associates, PC
1851 County Route 27
1851 CR 27
12969
Owls Head, NY 12969

aaamcclain@aol.com

(Debtor)
Ronald H. Wise, Sr.
930 E. Sedgwick Street
Philadelphia, PA 19150
represented by:
DANIEL E. MUELLER
Harborstone Law Group
40 W. Evergreen Ave, Suite 101
Philadelphia, PA 19118

dem@demattorney.com

(Trustee)
SCOTT F. WATERMAN (Chapter 13)
Chapter 13 Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

ECFMail@ReadingCh13.com

(U.S. Trustee)
United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106

USTPRegion03.PH.ECF@usdoj.gov

(Trustee)
FREDERICK L. REIGLE
Chapter 13 Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606
represented by:
POLLY A. LANGDON
Office of Scott F. Waterman, Trustee
2901 St. Lawrence Avenue
Suite 100
Reading, PA 19606

ecfmail@readingch13.com

HARRY B. REESE
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

harry.reese@powerskirn.com

(Creditor)
PennyMac Loan Services, LLC, Servicer
for Bank of America, N.A.
represented by:
JILL MANUEL-COUGHLIN
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

jill@powerskirn.com

REBECCA ANN SOLARZ
KML Law Group, P.C.
701 Market Street
Suite 5000
Philadelphia, PA 19106

bkgroup@kmllawgroup.com

(Creditor)
PENNYMAC LOAN SERVICES, LLC
represented by:
JOSEPH ANGEO DESSOYE
Phelan Hallinan, LLP
1617 JFK Blvd
Suite 1400
Philadelphia, PA 19103

paeb@fedphe.com

(Trustee)
WILLIAM MILLER*R
Interim Chapter 13 Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA 19606

ecfmail@FredReigleCh13.com

(Creditor)
Bank Of America, N.A. C/O Pennymac
Loan Services, LLC
represented by:
MARIO J. HANYON
Brock & Scott, PLLC
302 Fellowship Road,
Ste 130
Mount Laurel, NJ 08054

mario.hanyon@brockandscott.com

JILL MANUEL-COUGHLIN
Powers Kirn, LLC
Eight Neshaminy Interplex
Suite 215
Trevose, PA 19053

jill@powerskirn.com

THE FOLLOWING ENTITIES WERE SERVED VIA CHAPTER 13 CM/ECF SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT NOTICE
OF ELECTRONIC FILING ("NEF") SYSTEM.

(Creditor)
BANK OF AMERICA, N.A.
represented by:
JEROME B. BLANK
Phelan Hallinan & Schmieg LLP
1617 JFK Boulevard
Philadelphia, PA 19103

paeb@fedphe.com