**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **Ronald H. Wise, Sr.**                                                    Case No.  **16-15155-amc**
                                  Debtor(s)                                        Chapter   **13**

# ORDER

**AND NOW**, upon consideration of the Motion of the Debtor to Sell Real Property Located at 930 East Sedgwick Street, Philadelphia, PA 19150 (the "Motion") filed by Ronald H. Wise (the "debtor"), and the Court having considered the Motion, objections to the Motion, if any, and arguments of any counsel; and having determined that adequate notice of the Motion has been given under Federal Rule of Bankruptcy Procedure 2002; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

It is hereby ORDERED that:

The debtor's Motion seeking authority to sell the debtor's real estate located at 930 East Sedgwick Street, Philadelphia, PA 19150 to Pamela Barton and to retain brokers KW Philadelphia and Megan Toll is GRANTED. The property may be sold subject to the lien of PennyMac Loan Services, LLC (the "Lienholder), and the same lien shall remain on the property until such time that it is paid in full, subject to a proper payoff quote at the time of sale, or the Lienholder otherwise approves a lesser amount. The debtor is authorized to close the sale immediately.

Dated: _____, 2021

_____
**HONORABLE ASHELY M. CHAN**
**United States Bankruptcy Court Judge**

cc:

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

POLLY A. LANGDON on behalf of Trustee FREDERICK L. REIGLE
ecfmail@readingch13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

DANIEL E. MUELLER on behalf of Debtor Ronald H. Wise, Sr.
dem@demattorney.com, harborstoneecf@gmail.com

JEROME B. BLANK on behalf of Creditor BANK OF AMERICA, N.A.
paeb@fedphe.com

JOSEPH ANGEO DESSOYE on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
paeb@fedphe.com

MARIO J. HANYON on behalf of Creditor Bank Of America, N.A. C/O Pennymac Loan Services, LLC
mario.hanyon@brockandscott.com, wbecf@brockandscott.com

JILL MANUEL-COUGHLIN on behalf of Creditor BANK OF AMERICA, N.A.
bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN on behalf of Creditor PennyMac Loan Services, LLC, Servicer for Bank of America, N.A.
bankruptcy@powerskirn.com

JOHN L. MCCLAIN on behalf of Debtor Ronald H. Wise, Sr.
aaamcclain@aol.com, edpabankcourt@aol.com

HARRY B. REESE on behalf of Creditor PennyMac Loan Services, LLC, Servicer for Bank of America, N.A.
bankruptcy@powerskirn.com

REBECCA ANN SOLARZ on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com