# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ronald H. Wise Sr.<br>　　　　　　Debtor(s)<br><br>PENNYMAC LOAN SERVICES, LLC, its successors and/or assigns<br>　　　　　　Movant<br>　　vs.<br>Ronald H. Wise Sr.<br>　　　　　　Debtor(s)<br><br>Scott F. Waterman<br>　　　　　　Trustee | CHAPTER 13<br><br><br>NO. 16-15155 AMC |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Limited Objection to Debtor's Motion to Sell of PENNYMAC LOAN SERVICES, LLC, which was filed with the Court on or about **January 19, 2021 (Doc. No. 59)**.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Rebecca A. Solarz, Esq.**
　　　　　　　　　　　　　　　　　　　Rebecca A. Solarz, Esq.
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106

January 27, 2021