**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | | |
|---|---|---|
| In re **Ronald H. Wise, Sr.** | Case No. | **16-15155-amc** |
| Debtor(s) | Chapter | **13** |

### CERTIFICATE OF NO RESPONSE

I, Daniel E. Mueller, certify that I have checked the Court's docket and no Response, Objection, or Answer to the **MOTION OF THE DEBTOR TO SELL REAL PROPERTY LOCATED AT 930 EAST SEDGWICK STREET, PHILADELPHIA, PA 19150** has been filed in this matter, except the limited objection of PENNYMAC LOAN SERVICES, LLC filed on January 19, 2021, which has been resolved and withdrawn.

WHEREFORE, the debtor's Motion being uncontested, the debtor requests this Court to enter the revised proposed Order filed on January 26, 2021.

Dated: January 31, 2021

Respectfully submitted,

/s/ Daniel E. Mueller
Daniel E. Mueller, Esq.
Harborstone Law
40 W. Evergreen Ave., Ste 101
Philadelphia, PA 19118
215-248-0989
Attorney for the Debtor
dem@harborstonelaw.com