United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Ronald H. Wise, Sr.  
    Debtor

Case No. 16-15155-amc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2  
Date Rcvd: Feb 03, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 05, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Ronald H. Wise, Sr., 930 E. Sedgwick Street, Philadelphia, PA 19150-3518

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 05, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 3, 2021 at the address(es) listed below:**

**Name**      **Email Address**

DANIEL E. MUELLER  
     on behalf of Debtor Ronald H. Wise  Sr. dem@demattorney.com, harborstoneecf@gmail.com

HARRY B. REESE  
     on behalf of Creditor PennyMac Loan Services  LLC, Servicer for Bank of America, N.A. bankruptcy@powerskirn.com

JEROME B. BLANK  
     on behalf of Creditor BANK OF AMERICA   N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN  
     on behalf of Creditor PennyMac Loan Services  LLC, Servicer for Bank of America, N.A. bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN  
     on behalf of Creditor BANK OF AMERICA   N.A. bankruptcy@powerskirn.com

JOSEPH ANGEO DESSOYE  
     on behalf of Creditor PENNYMAC LOAN SERVICES  LLC paeb@fedphe.com

| District/off: 0313-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Feb 03, 2021 | Form ID: pdf900 | Total Noticed: 1 |

MARIO J. HANYON
    on behalf of Creditor Bank Of America N.A. C/O Pennymac Loan Services, LLC wbecf@brockandscott.com, wbecf@brockandscott.com

POLLY A. LANGDON
    on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
    on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
    ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 11

**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

In re   **Ronald H. Wise, Sr.**                                                         Case No.   **16-15155-amc**
                                    Debtor(s)                                            Chapter   **13**

# ORDER

     **AND NOW**, upon consideration of the Motion of the Debtor to Sell Real Property Located at 930 East Sedgwick Street, Philadelphia, PA 19150 (the "Motion") filed by Ronald H. Wise (the "debtor"), and the Court having considered the Motion, objections to the Motion, if any, and arguments of any counsel; and having determined that adequate notice of the Motion has been given under Federal Rule of Bankruptcy Procedure 2002; and having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein;

     It is hereby ORDERED that:

     The debtor's Motion seeking authority to sell the debtor's real estate located at 930 East Sedgwick Street, Philadelphia, PA 19150 to Pamela Barton and to retain brokers KW Philadelphia and Megan Toll is GRANTED. The property may be sold subject to the lien of PennyMac Loan Services, LLC (the "Lienholder), and the same lien shall remain on the property until such time that it is paid in full, subject to a proper payoff quote at the time of sale, or the Lienholder otherwise approves a lesser amount. The debtor is authorized to close the sale immediately.

     Dated: _____, 2021

**Date: February 3, 2021**                              _____
                                                        **HONORABLE ASHELY M. CHAN**
                                                        **United States Bankruptcy Court Judge**

cc:

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

POLLY A. LANGDON on behalf of Trustee FREDERICK L. REIGLE
ecfmail@readingch13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

DANIEL E. MUELLER on behalf of Debtor Ronald H. Wise, Sr.
dem@demattorney.com, harborstoneecf@gmail.com

JEROME B. BLANK on behalf of Creditor BANK OF AMERICA, N.A.
paeb@fedphe.com

JOSEPH ANGEO DESSOYE on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
paeb@fedphe.com

MARIO J. HANYON on behalf of Creditor Bank Of America, N.A. C/O Pennymac Loan Services, LLC
mario.hanyon@brockandscott.com, wbecf@brockandscott.com

JILL MANUEL-COUGHLIN on behalf of Creditor BANK OF AMERICA, N.A.
bankruptcy@powerskirn.com

JILL MANUEL-COUGHLIN on behalf of Creditor PennyMac Loan Services, LLC, Servicer for Bank of America, N.A.
bankruptcy@powerskirn.com

JOHN L. MCCLAIN on behalf of Debtor Ronald H. Wise, Sr.
aaamcclain@aol.com, edpabankcourt@aol.com

HARRY B. REESE on behalf of Creditor PennyMac Loan Services, LLC, Servicer for Bank of America, N.A.
bankruptcy@powerskirn.com

REBECCA ANN SOLARZ on behalf of Creditor PENNYMAC LOAN SERVICES, LLC
bkgroup@kmllawgroup.com