| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 16-15155-AMC**

RONALD H. WISE, SR.　　　　　　　　　　　　　　　　　　　Petition Filed Date: 07/21/2016
930 E. SEDGWICK STREET　　　　　　　　　　　　　　　　　341 Hearing Date: 10/28/2016
PHILADELPHIA  PA   19150　　　　　　　　　　　　　　　　Confirmation Date: 03/08/2017

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/02/2020 | $267.75 | 635460 | 01/07/2020 | $267.75 | 635843 | 01/15/2020 | $267.75 | 636419 |
| 01/22/2020 | $267.75 | 637023 | 01/28/2020 | $267.75 | 637449 | 02/11/2020 | $267.75 | 638558 |
| 02/19/2020 | $535.50 | 639106 | 02/25/2020 | $267.75 | 639681 | 03/11/2020 | $267.75 | 640874 |
| 03/18/2020 | $267.75 | 641414 | 03/24/2020 | $267.75 | 641987 | 03/31/2020 | $267.75 | 642433 |
| 04/08/2020 | $267.75 | 642897 | 04/15/2020 | $267.75 | 643316 | 04/21/2020 | $267.75 | 643717 |
| 04/28/2020 | $803.25 | 644134 | 05/20/2020 | $267.75 | 646713 | 05/27/2020 | $267.75 | 647209 |
| 06/11/2020 | $267.75 | 648027 | 06/16/2020 | $267.75 | 648459 | 06/24/2020 | $267.75 | 648996 |
| 07/01/2020 | $267.75 | 649397 | 07/13/2020 | $267.75 | 650011 | 07/14/2020 | $267.75 | 650403 |
| 07/22/2020 | $267.75 | 650847 | 07/28/2020 | $267.75 | 651398 | 08/12/2020 | $267.75 | 652366 |
| 08/18/2020 | $267.75 | 652616 | 08/26/2020 | $267.75 | 652959 | 09/02/2020 | $267.75 | 653375 |
| 09/09/2020 | $267.75 | 653767 | 09/17/2020 | $267.75 | 654017 | 09/23/2020 | $267.75 | 654363 |
| 09/30/2020 | $267.75 | 654730 | 10/06/2020 | $267.75 | 655234 | 10/14/2020 | $267.75 | 655562 |
| 10/21/2020 | $267.75 | 655963 | 10/27/2020 | $267.75 | 656361 | 11/12/2020 | $267.75 | 657223 |
| 11/24/2020 | $267.75 | 657637 | 11/25/2020 | $267.75 | 658061 | 12/04/2020 | $267.75 | 658408 |
| 12/09/2020 | $267.75 | 658813 | 12/17/2020 | $267.75 | 659586 | 01/06/2021 | $267.75 | 660228 |
| 01/08/2021 | $267.75 | 660766 | 01/19/2021 | $267.75 | 661499 | 03/08/2021 | $267.75 | 664913 |
| 03/12/2021 | $267.75 | 665343 | 03/12/2021 | $267.75 | 664345 | 03/22/2021 | $267.75 | 665746 |
| 03/24/2021 | $267.75 | 666255 | 03/30/2021 | $267.75 | 667081 | 04/09/2021 | $267.75 | 667992 |
| 04/14/2021 | $267.75 | 668531 | 04/27/2021 | $267.75 | 668936 | 04/28/2021 | $267.75 | 669478 |
| 05/14/2021 | $267.75 | 670563 | 05/19/2021 | $267.75 | 670994 | | | |

**Total Receipts for the Period: $16,600.50    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $58,373.75**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 5 | GUARDIAN PROTECTION SERVICES<br>»» 005 | Unsecured Creditors | $1,827.02 | $1,686.41 | $140.61 |
| 7 | PENNYMAC  LOAN SERVICES LLC<br>»» 007 | Mortgage Arrears | $16,159.15 | $16,159.15 | $0.00 |
| 6 | CITY OF PHILADELPHIA (LD)<br>»» 006 | Secured Creditors | $257.82 | $257.82 | $0.00 |
| 2 | POLICE & FIRE FCU<br>»» 002 | Unsecured Creditors | $673.83 | $621.97 | $51.86 |
| 3 | POLICE & FIRE FCU<br>»» 003 | Unsecured Creditors | $2,157.12 | $1,991.10 | $166.02 |
| 4 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 004 | Unsecured Creditors | $377.64 | $348.57 | $29.07 |

**Chapter 13 Case No. 16-15155-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 1 | TOYOTA MOTOR CREDIT CORP<br>»» 001 | Secured Creditors | $27,791.13 | $27,791.13 | $0.00 |
| 8 | JOHN L MC CLAIN ESQ<br>»» 008 | Attorney Fees | $4,578.00 | $4,578.00 | $0.00 |
| 0 | DANIEL E MUELLER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $58,373.75 | Current Monthly Payment: | $1,071.00 |
| Paid to Claims: | $53,434.15 | Arrearages: | $1,945.25 |
| Paid to Trustee: | $4,939.60 | Total Plan Base: | $61,390.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.