Certificate Number: 14912-PAE-DE-035892810

Bankruptcy Case Number: 16-15155



14912-PAE-DE-035892810

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 5, 2021, at 2:56 o'clock AM EDT, Ronald Wise completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 5, 2021              By:    /s/Jai Bhatt

                                    Name:  Jai Bhatt

                                    Title: Counselor