United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 16-15155-amc

Ronald H. Wise, Sr.                                                      Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Oct 19, 2021 | Form ID: 195 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol        Definition**

+                Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#                Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 21, 2021:**

**Recip ID                          Recipient Name and Address**
db                    #+   Ronald H. Wise, Sr., 930 E. Sedgwick Street, Philadelphia, PA 19150-3518

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 19, 2021 at the address(es) listed below:**

**Name                                    Email Address**

DANIEL E. MUELLER
                        on behalf of Debtor Ronald H. Wise  Sr. dem@demattorney.com, pmm@harborstonelaw.com

DENISE ELIZABETH CARLON
                        on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

HARRY B. REESE
                        on behalf of Creditor PennyMac Loan Services  LLC, Servicer for Bank of America, N.A. bankruptcy@powerskirn.com

JEROME B. BLANK
                        on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com

JILL MANUEL-COUGHLIN
                        on behalf of Creditor PennyMac Loan Services  LLC, Servicer for Bank of America, N.A. bankruptcy@powerskirn.com

District/off: 0313-2                              User: admin                                  Page 2 of 2

Date Rcvd: Oct 19, 2021                        Form ID: 195                              Total Noticed: 1

JILL MANUEL-COUGHLIN
                  on behalf of Creditor BANK OF AMERICA  N.A. bankruptcy@powerskirn.com

JOSEPH ANGEO DESSOYE
                  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC paeb@fedphe.com

MARIO J. HANYON
                  on behalf of Creditor Bank Of America  N.A. C/O Pennymac Loan Services, LLC wbecf@brockandscott.com,
                  mario.hanyon@brockandscott.com

POLLY A. LANGDON
                  on behalf of Trustee FREDERICK L. REIGLE ecfmail@readingch13.com

REBECCA ANN SOLARZ
                  on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com

SCOTT F. WATERMAN (Chapter 13)
                  ECFMail@ReadingCh13.com

United States Trustee
                  USTPRegion03.PH.ECF@usdoj.gov


TOTAL: 12

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*


In re:                                                      : Chapter 13

Ronald H. Wise, Sr.                                         : Case No. 16−15155−amc
           Debtor(s)


## *ORDER*
_____


AND NOW, this day , October 19, 2021 , it appearing that the trustee in the above

entitled matter has filed his report and that the trustee has performed all other duties required

in the administration of the debtor(s) estate, it is


ORDERED that the trustee be discharged and relieved of any trust; and this case be, and

the same hereby is, closed.



By The Court

Ashely M. Chan
Judge , United States Bankruptcy Court